IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| JAMES KYLE WALLACE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, )<br>Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>) | No. 1:19-CV-00081-DSC |

**ORDER**

**THIS MATTER** is before the Court on Defendant's Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g) (document #12), the parties' briefs and exhibits, and the record. Plaintiff opposes Defendant's Motion to Remand, arguing that the Court should award benefits. The Court finds that Defendant has shown good cause for remand.

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g) (document #12) is **GRANTED**, the final decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

2. The Clerk is directed to send copies of this Order to the parties' counsel.

**SO ORDERED**.

Signed: October 17, 2019

David S. Cayer
United States Magistrate Judge