IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| JAMES KYLE WALLACE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:19-CV-00081-DSC |
| ANDREW M. SAUL, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act. The parties have stipulated and agreed that the Defendant will pay Plaintiff $6,000.00 in full and final settlement of all claims arising under the Equal Access to Justice Act. See 28 U.S.C. § 2412(d).

It is therefore **ORDERED** that Defendant shall pay Plaintiff $6,000.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**SO ORDERED**.

Signed: January 17, 2020

David S. Cayer
United States Magistrate Judge